SCANNED at BCF and Emailed on
3/28/25 by Pm - 19 pages.
(date) (initials) (num)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. 3:25-cv-00071-RLY-CSW

FILED
03/28/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

Dezmont Hogan-Pro per
Plaintiff

V.

Danny Mitchell- Warden of Branchville Corr.
Diane Pfeiffer- Grievance Specialist
Nina Hummel- Grievance Responder
Charles Davis- Grievance Responder
Justin Huff- Sgt.
Defendant(s)

---

## CIVIL RIGHTS COMPLAINT

---

### A. PARTIES

1. I, Dezmont Hogan, by Pro per, under UCC 1-308 (without prejudice), the Plaintiff, am a national citizen of Indiana and of the United States/united states. And presently reside at Branchville Correctional Facility, 21390 old state road 37 Branchville, Indiana 47514, at all times relevant was confined by the Indiana Department of Corrections (IDOC) at Branchville Correctional Facility (BCF).

Work addresses of defendants:

2. Defendant Danny Mitchell- Warden of Branchville Corr.- 21390 old state rd. 37, Branchville, Indiana 47514, at all times relevant was a employed by IDOC at BCF.

3. Defendant Diane Pfeiffer- Grievance Specialist-21390 old state rd. 37, Branchville, Indiana 47514, at all times relevant was a employed by IDOC at BCF.

4. Defendant Nina Hummel- Grievance Responder-21390 old state rd. 37, Branchville, Indiana 47514, at all times relevant was a employed by IDOC at BCF.

5. Defendant Charles Davis- Grievance Responder-21390 old state rd. 37, Branchville, Indiana 47514, at all times relevant was a employed by IDOC at BCF.

6. Defendant Justin Huff- Sgt. 21390 old state rd. 37, Branchville, Indiana 47514, at all times relevant was a employed by IDOC at BCF.

7. Defendants Danny Mitchell- Warden, Diane Pfeiffer- Grievance Specialist, Nina Hummel- Grievance Responder, Charles Davis- Grievance Responder, Sgt. Justin Huff, at all times relevant were acting under color of state law and color of law of U.S.C § 1343 (a) (3) & 42 U.S.C § 242 and are being sued in their individual and official capacity.

## B. JURISDICTION

This cause of action is brought pursuant to 42 U.S.C. § 1983 (applies to state prisoners) filed by the plaintiff Dezmont Hogan alleging violation of his 1st, 5th, 8th, 14th rights as guaranteed him by the united States Constitution and seeking injunctive relief and money damages.

8. How many defendants are you suing? 5 known

9. Did the event you are suing about happen there? Yes

10. Jurisdiction of the court is invoked, pursuant to 28 U.S.C. § 1331 in that this case is a civil action arising under the constitution of the United States.

11. Jurisdiction of the court is invoked, pursuant to 28 U.S.C § 1343 (a) (3) in that this action seeks to redress the deprivation, under color of state law, of rights secured by Acts of Congress providing for equal rights of persons within the jurisdiction of the United States.

12. Jurisdiction of the court is invoked, pursuant to 18 U.S.C § 241, in that if two or more persons conspire to injure, oppress, threaten, or intimidate any person in any way state, territory, commonwealth, possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution of laws of the United States, or because of his having so exercised the same.

13. Jurisdiction of the court is invoked, pursuant to 18 U.S.C § 242, in that whoever, under color of law, statute, ordinance, regulation, or custom, willfully subjects any persons in any state, territory, common wealth, possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens.

## C. NATURE OF THE CASE

**BREIFLY** state the background of your case.

14. Plaintiff, Dezmont Hogan, by Pro per, In necessity, is an inmate at Branchville Correctional facility in Branchville, Indiana, filed a grievance On March 15th, 2024, the plaintiff during "open walks" for inmates movement from building to building, I, the plaintiff, was moving to receive my Ramadan sack meal, when the defendant Sgt. Huff, disrespectfully stated a "racial gesture" in a derogatorily, insubornate behavioral manner, stating, "yeah walk on the right side of the yellow line before I make you pray on a dirty towel in Restrictive housing", which that statement, by the Sgt/defendant affected the plaintiff's person by his religious rights to worship his God during its proper manner as a "Sunni Muslim". During his , officer/defendant Sgt. Huff interfered with the plaintiff's religion by the racial comment for violation of the 1st, 5th, 8th, 14th Amendment with the ("RLUIPA") Religious Land Use And Institutionalized Persons Act, Religious Freedom Restoration Act (RFRA), and 42 U.S,C § 2000 cc-1 of the constitution for exercising his religious preference, and 18 U.S.C §§ 1985 1986 for discrimination.

15. On April 3nd, 2024, Defendant Charles Davis- Grievance Responder- received the plaintiff's grievance, also the defendant responded to the grievance.

16. On April 3nd, 2024, Defendant Diane Pfeiffer- Grievance Specialist- received the plaintiff's grievance

17. On April 26th, 2024, the plaintiff filed a grievance appeal.

18. On April 3rd, 2024, defendant/grievance responder- Nina Hummel receive of the facility, received the grievance appeal to the plaintiff's grievance.

19. On April 19th, 2024, defendant/grievance responder- Nina Hummel which she concurred/supported the statement with the other staff member's

20. On April 24th, 2024, the Defendant Danny Mitchell-Warden, supported the statements given by the other defendants, as the final exhaustion of remedies in the facility.

## D. Exhaustion of Available Remedies

21. On March 15th, 2024, the plaintiff submitted a grievance.

22. On April 3rd, 2024, the defendant Diane Pfeiffer received the grievance

23. On April 3rd, 2024, the defendant Charles Davis responded to grievance

24. -On April 26th, 2024, the plaintiff filed a grievance appeal

25. On April 19th, 2024, defendant/grievance responder- Nina Hummel of the facility, responded to the plaintiff's grievance appeal

26. On April 24rd, 2024, defendant/Danny Mitchell (warden) responded to the final facility stage of the plaintiff's grievance

## E. Factual Statement

27. On March 15th, 2024, In Branchville Correctional Facility, in Branchville, Indiana, during Dezmont Hogan/plaintiff, during "open walks" for inmates movement from building to building, I, the plaintiff, was moving to receive my Ramadan sack meal, when the defendant Sgt. Huff, disrespectfully stated a "racial gesture" in a derogatorily, insubornate behavioral manner, stating, "yeah walk on the right side of the yellow line before I make you pray on a dirty towel in Restrictive housing", which that statement, by the Sgt/defendant affected the plaintiff's person by his religious rights to worship his God during its proper manner as a "Sunni Muslim". During his , officer/defendant Sgt. Huff interfered with the plaintiff's religion by the racial comment for violation of the 1st, 5th, 8th, 14th Amendment with the ("RLUIPA") Religious Land Use And Institutionalized Persons Act, Religious Freedom Restoration Act (RFRA), and 42 U.S,C § 2000 cc-1 of the constitution for exercising his religious preference, and 18 U.S.C §§ 1985 1986 for discrimination.

28.

## Claim for Relief

**A. Racial Discrimination:**
Officer/Sgt J. Huff failed to treat the plaintiff with respect to his religious preference to exercise his rights to perform worship, by using derogatory language, which violates the plaintiff's 1st, 5th, 8th, 14th, amendment and the religious land use and institutionalized persons act and the 18 U.S.C 1985 and 1986.

**B. Cruel and unusual punish:**
The defendant/officer Sgt J. Huff, Erroneous, but, also, "intentionally" injured the plaintiff's by mental/psychological coercion by his insubordinate behavior, stating to plaintiff , "knowing his religious preference", and not only verbally threatened the plaintiff, but enforced a sanction of a disciplinary action which would cause the plaintiff to receive grieve on his liberty to be released from prison in the future if the conduct report or disciplinary action was upheld to render a unnecessary finding, by the plaintiff ,only, exercising his religious rights without a governmental interest being available.

C. **Civil Conspiracy:**

Defendant Danny Mitchell- Warden, Defendant Diane Pfeiffer- Grievance Specialist, Defendant Nina Hummel- Grievance responder, Defendant Charles Davis- Grievance Responder, Defendant Sgt J.Huff , did conspire to deprive the plaintiff of his 1st, 5th, 8th, 14th, 18 U.S.C §§ 241 and 242, 18 U.S.C §§ 1985 and 1986 to the U.S Constitution to be free from racial discrimination, where all defendants did act in concert with defendant/officer M. Clausen, using position's as grievance specialists to cover up the racial discrimination that was inflicted upon the plaintiff, by all defendants, by prejudicially denying plaintiff's grievance and his rights as unfounded or stated resolved on the facility level, without properly investigating plaintiff's claims precisely and lawfully, i.e.

**F. Relief Requested**

29. WHEREFORE, Plaintiff Dezmont Hogan, requests that this court grants the following relief:

A. Declare defendant did violate the plaintiff's rights stated above.

B. Issue an injunction relief for a complete re-advisement of issues.

C. Award compensatory damages for plaintiff's physical, mental, and reputational injuries to his person in the amount of $150,000 per person/defendant/individual in their individual capacity and or; a total amount of $ 1,000,000 in the official capacity of the defendants.

D. Grant plaintiff such other relief as it may appear plaintiff is entitled to.

Dezmont Hogan

Original signature of Attorney/plaintiff (Pro per)
(without prejudice UCC 1-308)

Dezmont Hogan

Name:

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he /she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and correct.**

Executed at Branchville Correctional Facility on: 3/27/2025

**Name:**

(without prejudice UCC 1-308)